# EXHIBIT 4

Full Steam Ahead
Invoice No. 8564



# R. J. Griffin & Company
General Contractors

July 24, 2007

Mr. Donald Shonk  
Worsham Sprinkler Co.  
1306 Enterprise Avenue  
Myrtle Beach, SC 29577

*(Sent Via E-mail & U.S. Mail)*

Re: Marina Inn & Condos  
     Unit 7203 FSA Invoice

Dear Donald,

As we discussed via telephone on Friday, July 20, 2007 enclosed is the invoice we received for the repairs made to unit 7203. The damages were caused by a leaking sprinkler line in the exterior wall cavity as was noted in our letter dated May 10, 2007. Please notify us in writing when the invoice has been paid as it was addressed to RJG.

Thank you in advance for your immediate attention to this matter. If you have any questions or comments, please do not hesitate to contact us.

Very Truly Yours,  
RJ Griffin & Company

Emily N. Pendleton  
Project Manager

Cc: Mike Millen, FSA (Full Steam Ahead)  
    Tatum Gressette, R.J. Griffin & Company

Enclosures: FSA Invoice #8564, dated 6/29/07

Worsham00398



**Full Steam Ahead**
1455 Commerce Place
Myrtle Beach, SC 29577

# Invoice

| Date | Invoice # |
|---|---|
| 6/29/2007 | 8564 |

| Bill To |
|---|
| GRAND DUNES MARINA #7203<br>c/o RJ Griffin & Co.<br>Attn: Terry Brown<br>PO Box 70730<br>Myrtle Beach, SC 29572 |

| Work Site |
|---|
| Grand Dunes Marina Inn #7203<br>N MYRTLE BEACH, SC 29585 |

| Phone # | Fax # | Claim number | Terms |
|---|---|---|---|
| (843) 626-7391 | (843) 448-9239 | | Due upon receipt |

| Description | Amount |
|---|---|
| WORK COMPLETED AS PER AGREEMENT DATED MAY 16, 2007, Contract Job #421006 & Work Order # 421006-20 | 9,037.00 |

RECEIVED JUL 1 2 2007

All invoices not paid within 30 days are subject to finance charges. All invoices requiring collection activities are subject to interest and legal fees.

| | |
|---|---|
| **Total** | $9,037.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,037.00 |

| E-mail | Web Site |
|---|---|
| fsa@fsamb.com | www.fsamb.com |

Worsham00399

# R. J. Griffin & Company
General Contractors

July 20, 2007

Mr. Donald Shonk  
Worsham Sprinkler Company  
1306 Enterprise Avenue  
Myrtle Beach, SC 29577

(Sent Via E-mail & U.S. Mail)

Re: Marina Inn & Condos  
     Fitness Center ladies room sprinkler line leak  
     Possible sprinkler line leak in restaurant corridor

Dear Donald,

On Wednesday, July 18, 2007 RJG notified you verbally of a potential sprinkler line leak in the ceiling above the Fitness Center ladies room. As we discussed this morning a representative of Worsham Sprinkler Co. was on site yesterday to review the matter, however a repair was not able to be made at that time. The leak appears to be at an elbow in the line and has caused water damage to the ceiling resulting in some microbial growth. R.J. Griffin requests that the appropriate repairs be made to stop the dripping water as soon as practical. Once the line is repaired please notify R.J. Griffin so that the appropriate arrangements can be made for the repairs to the drywall and finishes affected.

In addition to this leak, there was a small spot of microbial growth approximately the size of a quarter noted today in a walk thru of the Marina at the restaurant corridor. Due to the location of the growth in proximity with the sprinkler head and light fixture it appears that the heat from the fixture may be causing the sprinkler line to condensate. We request that you investigate this matter further and repair the pipe or add insulation to the pipe that is within 8" of the light, if in fact this is the case. In the unlikely event that this was caused by something other than the sprinkler line we ask that you notify us immediately. As was the case in previous instances such as this, these costs and any others associated with the damage caused by the dripping sprinkler lines will be forwarded to you for your information and payment.

These areas affected are in plain view of the public and require immediate attention and remediation. We request that you notify your insurance carrier of these matters and provide us with claim numbers. Should your insurance carrier wish to conduct a site visit we request that this occur no later than July 25, 2007, in order to allow for timely resolution.

Very Truly Yours,  
RJ Griffin & Company

Emily N. Pendleton  
Project Manager

Cc: Tatum Gressette, R.J. Griffin & Company

The Galleria / 9654 E. North Kings Highway / Myrtle Beach, SC 29572 / Telephone (843) 282-0302 / Facsimile (843) 282-0303

Worsham00400

Jeff Hicks, R.J. Griffin & Company
Bob Hillis, R.J. Griffin & Company
Brian Toney, R.J. Griffin & Company

Attachments: N/A

Worsham00401