# EXHIBIT 5

Paid Full Steam Ahead's Invoice



**Full Steam Ahead**
1455 Commerce Place
Myrtle Beach, SC 29577

# Invoice

| Date | Invoice # |
|---|---|
| 6/29/2007 | 8564 |

**PAID**

| Bill To | Work Site |
|---|---|
| GRAND DUNES MARINA #7203<br>c/o RJ Griffin & Co.<br>Attn: Terry Brown<br>PO Box 70730<br>Myrtle Beach, SC 29572 | Grand Dunes Marina Inn #7203<br>N MYRTLE BEACH, SC 29585 |

| Phone # | Fax # | Claim number | Terms |
|---|---|---|---|
| (843) 626-7391 | (843) 448-9239 | | Due upon receipt |

| Description | Amount |
|---|---|
| WORK COMPLETED AS PER AGREEMENT DATED MAY 16, 2007, Contract Job #421006 & Work Order # 421006-20 | 9,037.00 |

PAID
JUL 3 0 2007

All invoices not paid within 30 days are subject to finance charges. All invoices requiring collection activities are subject to interest and legal fees.

| | |
|---|---|
| **Total** | $9,037.00 |
| **Payments/Credits** | $-9,037.00 |
| **Balance Due** | $0.00 |

| E-mail | Web Site |
|---|---|
| fsa@fsamb.com | www.fsamb.com |