**Full Steam Ahead**
1455 Commerce Place
Myrtle Beach, SC 29577

 **E-MAILED**
Susan 4-10-58

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/7/2007 | 9134 |

| Bill To | Work Site |
|---------|-----------|
| RJ Griffin & Co<br>Attn: Tatum Gressette<br>9654 E North Kings Hwy<br>Myrtle Beach, SC 29572 | Grand Dunes Marina #7103 |

| Phone # | Fax # | | Claim number | Terms |
|---------|-------|--|--------------|-------|
| (843) 626-7391 | (843) 448-9239 | | | Due upon receipt |

| Description | Amount |
|-------------|--------|
| WORK COMPLETED AS PER ATTACHED SCOPE | 9,100.48 |

2 Re-MAiled 11-8-07

All invoices not paid within 30 days are subject to finance charges. All invoices requiring collection activities are subject to interest and legal fees.

| | **Total** | $9,100.48 |
|--|-----------|-----------|
| E-mail | Web Site | **Payments/Credits** | $0.00 |
| fsa@fsamb.com | www.fsamb.com | **Balance Due** | $9,100.48 |